687 A.2d 266

IN THE MATTER OF SHIRLEY F. GAJEWSKI,
AN ATTORNEY AT LAW.

January 16, 1997.

## ORDER

The Disciplinary Review Board on October 22, 1996, having filed with the Court its decision concluding that as a matter of reciprocal discipline based on discipline imposed in the State of New York, **SHIRLEY F. GAJEWSKI** of **AMITYVILLE, NEW**

**YORK,** who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of one year retroactive to January 15, 1996, the date on which respondent was suspended from practice in New York for a pattern of neglect and for conduct prejudicial to the administration of justice, and good cause appearing;

It is ORDERED that **SHIRLEY F. GAJEWSKI** is hereby suspended from the practice of law for a period of one year, retroactive to January 15, 1996, and until the further Order of the Court; and it is further

ORDERED that no petition for restoration to practice be considered unless and until respondent is restored to practice in New York; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.